### CONCLUSION

Having reviewed Mother's points on appeal, the judgment below is affirmed in part and reversed in part. We reverse the trial court's judgment with regard to its award of sole legal custody to Father and with regard to the Court's finding that there was no child support arrearage owed by Father. We remand the matter with instructions that the trial court award joint legal custody to the parties and to calculate Father's support arrearage. In all other respects, the judgment below is affirmed.

PAUL M. SPINDEN, Presiding Judge, and THOMAS H. NEWTON, Judge, concur.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Ronell Green appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

**Ronell GREEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62623.**

Missouri Court of Appeals,
Western District.

Jan. 6, 2004.

Vanessa Caleb, Kansas City, MO, for appellant.

Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, for respondent.

**Jennifer Lynn PADEN, Plaintiff–Respondent**

v.

**Bart Alan PADEN, Defendant–Appellant.**

**No. 25193.**

Missouri Court of Appeals,
Southern District,
Division Two.

Jan. 8, 2004.

